CARTER *v.* THE STATE.

WYATT, Justice. This case is controlled by the companion case of *Oakes v. State,* ante. *Judgment reversed. All the Justices concur.*

No. 15578. OCTOBER 9, 1946.

*Marvin A. Allison, Charles C. Pittard,* and *Alton G. Liles,* for plaintiff in error.

*Eugene Cook, Attorney-General, Hope D. Stark, Solicitor-General, George W. Westmoreland,* and *Rubye G. Jackson,* contra.